# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

michael@faillacelaw.com

October 26, 2018

**BY ECF**
Hon. James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

           Re:    <u>*Gonzalez Lopez v. First Response Cleaning Corp. et al;* 18-cv-03810-DLI</u>

Your Honor:

    This office represents Plaintiff in the above referenced matter. We write to partially revise the fairness application submitted to Your Honor on October 24, 2018.

    In our original application, we requested the Court award our firm attorneys' fees equal to a third of the settlement amount of $85,000. However, following the parties' conference with Your Honor on October 17th, we have decided to request the Court only award us $8,160 in attorneys' fees, which is twice our lodestar of $4,080. (A copy of the firm's billing record is available at Docket No. 12, Exhibit C.) Thus, if the Court approves the settlement, Plaintiff will receive $76,840, and Plaintiff's counsel will receive $8,160.

    Outside of this matter, the parties rest on their previously submitted fairness materials (Docket No. 12). Should Your Honor have any questions or concerns regarding the settlement, the parties are happy to address them.

    The parties thank the Court for its attention and consideration.

                                                Respectfully submitted,

                                                <u>/s/Michael Faillace</u>
                                                Michael Faillace
                                                MICHAEL FAILLACE & ASSOCIATES, P.C.
                                                Attorneys for the Plaintiff